IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR **THE DISTRICT OF RI\*\*PROVIDENCE**

IN THE MATTER OF:           BANKRUPTCY CASE **NO. 11-14706 ANV**
**Phin, Chamroeun**             **POC AMOUNT $8,963.59**
SSN**: XXX-XX-1085**            **Claim # 1**

NOTICE OF ASSIGNMENT OF CLAIM
AND
TRANSFEREE NOTICE OF TRANSFER
OF PAYMENTS

The Educational Credit Management Corporation (ECMC),(the "Transferee") does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from **American Student Assistance** direct all future payments and correspondence as follows:

Correspondence:                 Payments:

ECMC                            ECMC
PO Box 75906                    Lockbox 8682
St. Paul, MN 55175              P O Box 75848
                                St. Paul, MN 55175-0848

Pursuant to the attached Assignment from **American Student Assistance,** as the Transferor has waived notification and hearing with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

Educational Credit Management Corporation under '**pains of penalty and perjury**'

By: /s/ Debra Wilcoxson           Date: May 8, 2012
ECMC Representative

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF __RHODE ISLAND__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: PHIN, CHAMROEUN | Case Number: 1:11-BK-14706 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**SLM TRUST 2011-2** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>ACS<br>P. O. BOX 22724<br>LONG BEACH, CA 90801-5724<br>Telephone number: (310) -513-2700 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $  $8,963.59

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Student Loan
(See instruction # 2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: __1085__

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate____ %

Amount of arrearage and other charges as of time case filed included in secured claim,

If any: $_____ Basis for perfection:_____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain.

**5. Amount of Claim Entitled to priority under 11 U.S.C. §507(a).** If any protion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Tax or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph off 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$ _____

*Amount are subject to adjustment on 04/01/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>1/31/2012 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attached copy of power of attorney, if any.<br><br>*[signature]*   Delyce Sloan<br>Default Representative | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

FOR THE _____ DISTRICT OF **RHODE ISLAND**

IN RE: **PHIN, CHAMROEUN**  BANKRUPTCY CASE NUMBER **1:11-BK-14706**

ACCT #: **XXX-XX- 1085**  CHAPTER **13**

## ASSIGNMENT

FOR A VALUABLE CONSIDERATION, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, **SLM TRUST 2011-2** DOES HEREBY ASSIGN, TRANSFER AND SET OVER TO THE **AMERICAN STUDENT ASSISTANCE GUARANTOR** ITS CLAIM OF **$8,963.59** AS FILED HEREIN AGAINST THE ABOVE DEBTOR. **SLM TRUST 2011-2** SPECIFICALLY WAIVES FURTHER NOTICE OF ANY MATTERS IN CONNECTION WITH THE ABOVE AND FOREGOING CLAIM AND REQUESTS THE COURT TO MAKE AN ORDER SUBROGATING THE ABOVE ASSIGNEE TO THE RIGHTS OF **SLM TRUST 2011-2** HEREIN. IT IS FURTHER REQUESTED THAT ANY CHECK RESPECTING THIS CLAIM BE MADE PAYABLE TO:

**AMERICAN STUDENT ASSISTANCE GUARANTOR**
**100 CAMBRIDGE STREET, SUITE 1600, BOSTON, MA 002114**

SIGNED: *Delyce W Sloan*
AS AUTHORIZED AGENT

BY: **ACS**
TITLE: **DEFAULT CLAIM EXAMINER**
DATE: **1/31/2012**
Prepared By: Delyce Sloan

## ORDER

AT _____ THIS _____ DAY OF _____ 2012, ON THE FOREGOING, IT IS ORDERED THAT THE ABOVE DESCRIBED ASSIGNEE BE SUBROGATED TO THE RIGHTS, DUTIES AND OBLIGATIONS OF THE ORIGINAL CLAIMANT IN THE CLAIM FILED HEREIN, DESIGNATED AT NO. _____

FILED AT _____ O'CLOCK

BANKRUPTCY JUDGE

100 Cambridge Street, Suite 1600          800.999.9080          www.asa.org
Boston, MA 02114



March 15, 2012

Jan Jacobson
Educational Credit Management Corporation
1 Imation Place
Building 2
Oakdale, MN 55128

## ASSIGNMENT OF CLAIM

The Massachusetts Higher Education Corporation d/b/a American Student Assistance (ASA) hereby assigns to the Educational Credit Management Corporation (ECMC), for valuable consideration, the receipt of which is hereby acknowledged, its rights, title, and interest in those student loans listed in the enclosure to this letter, dated March 15, 2012.

The Massachusetts Higher Education Corporation d/b/a American Student Assistance hereby waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

Keith A. Coburn
Bankruptcy Specialist
1-800-999-9080, Ext. 3046

Enclosure: